1 of 6

Case 4:22-cv-03421   Document 1   Filed on 10/03/22 in TXSD   Page 1 of 7

United States Courts
Southern District of Texas
FILED
OCT 3 2022
Nathan Ochsner, Clerk of Cou

In The United States District Court
For The _____ District of Texas
_____ Division

Aenecia Baker 335592595
Plaintiff Name and ID

Fort Bend County Sheriffs Office Detention Facility
Place of Confinement

The State of Texas & Texas          v.          Case No. _____
Eric Fagan (Sheriff) 1410 Richmond Parkway Richmond, Texas 77469
Defendants name and address

                                              employees
Fort Bend County Sheriff office Detention Facility 1410 Richmond Parkway
Richmond Texas 77469
Defendants name and address

1. Previous Lawsuits:
   A. Yes, I've filed previous lawsuit.
   B. 1. filing date: August 26, 2022
      2. Parties to Previous Lawsuits:
         Plaintiffs: Aenecia Baker
         Defendant: Ed Gonzalez
      3. Court: United States District Court Southern District of Texas Houston Division
      4. Cause Number: 4:22-cv-02916
      5. Name of Judge assigned case: Judge Alfred H. Bennett
      6. Disposition: Still Pending
      7. Approximate date of disposition: September 28, 2022

II. Place of Present Confinement: Fort Bend County Sheriffs Office Detention Facility

III. Exhaustion of Grievance Procedures:
Did you exhausted all steps of the institutional grievance procedure? ✓ Yes.

IV. Parties to This Suit:
A. Name and address of plaintiff: Arnecia Marie Baker 3700 Burkett st 43E Houston, Texas 77004

B. Full Name of each defendant, official position, place of employment and full mailing address.

Defendant #1: The State of Texas, unknown.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Falsified charges and allegations, Failure to render Human and Civil and Women Rights, Failure to follow Laws and Procedures dealing with Courts and Judicial systems. Etc.

Defendant #2: Eric Fagan, Sheriff, Fort Bend County Sheriffs Office Detention Facility, and 1410 Richmond Parkway, Richmond Texas 77469

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Illegal captivity, staff for mental health Discriminated against me, causing PTSD and other mental Disorders to spark.

V. Statement of Claim:

The State of Texas picked up falsified charges made by The State of Texas employees, causing illegal arrest, and stolen/damaged goods and property. Since arrested the Judicial system has not been followed. There has been lies under oath made by lawyers and Judges, which is a felony. As well as my Human, Civil, and Womenly rights revoked and I've been discriminated against. All of the acts happening in The State of Texas since and possibly before year 2016. My identity has been stolen on a multiple occasions, and The State of Texas employees (law enforcements) has not done there job in protecting and serving. When possible I will attach all police incident reports provided as well as cases; to be Investigated and Justified.

VI. Relief:

To start I want all my Human, Civil, and Womenly rights upheld. I Also want to Start with 5 billion dollars in the highest currency Transferred into American dollars with no transfer fees (nor any fees) either way; to spend of/on my own accord/choosing. I want full pardon on all cases with a clean background and record; immediate release from all prisons, jail, and detention centers. As well as proper protection and Privacy forever more.

On back (continued) →

If still incarcerated funds to be in inmate booking account to access commissary ect.; Then transferred to bank card only to be moved to bank account of my choosing, upon exit of detention facility. All other details in face to face communication.

Excellent credit score with all credit companies and credit bureaucracies. All debts paid.

VII. Sanctions:
I have never been sanctioned to my knowledge for any lawsuit.

VIII. General Background Information:
A. State in complete form, all names you (I) have ever use or been known by including any and all aliases.
Aenecia Marie Baker and Aenecia Marie Calhoun

Executed on: September 28, 2022
Date

*Aenecia Baker* (signature)

Aenecia Baker
(Signature of Plaintiff)

## Plaintiff's Declarations

1. I declare under penalty of perjury all facts presented in this complaint are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions or appeals in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until filing fee is paid.

Signed this __28__ day of __September__, 20__22__.

Arnecia Oakes
P00235773
1410 Richmond Parkway
Richmond, Texas 77469

NORTH HOUSTON TX 773
1 OCT 2022 PM 1 L



United States District Court
Clerks Office
P.O. Box 61010
Houston, TX 77208-1010
Ref. 4:22-cv-02916

United States Courts
Southern District of Texas
FILED

OCT 3 2022

Nathan Ochsner, Clerk of Court

77208-101010